**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**NICOLE MARIE SCHULER** | **CASE NO.: 4:26-CR-25-CDL-AGH-1** |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

Defendant was indicted on October 21, 2026, Doc. 6, and arraigned on the same day. A Pretrial Conference is currently scheduled for December 2, 2026. The defendant requests a continuance, and the government does not oppose. Specifically, the Defendant needs additional time to review discovery with Counsel.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the **March 2027** trial term and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 24th day of November 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA